UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-900-AP

**PATRICIA A. STITH,**

> Plaintiff,

vs.

**JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY**,

> Defendant.

---

### JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.**   **APPEARANCES OF COUNSEL**

For Plaintiff:

> Bruce C. Bernstein, P.C.
> 1828 Clarkson Street, Suite 100
> Denver, CO 80218
> Phone: 303-830-2300
> Fax:    303-830-2380

For Defendant:

> WILLIAM J. LEONE
> United States Attorney
> KURT J. BOHN
> Assistant U.S. Attorney
> 1225 Seventeenth Street, Suite 700
> Denver, Colorado 80202
> (303) 454-0100
> (303) 454-0404 (facsimile)

> By:    Debra J. Meachum
>        Special Assistant United States Attorney
>        Social Security Administration
>        1961 Stout Street, Suite 1001A
>        Denver, Colorado  80294
>        (303) 844-1570
>        (303) 844-0770 (facsimile)
>        d_meachum@hotmail.com; debra.meachum@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U. S. C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

   **A.      Date Complaint Was Filed:      <u>05/17/05.</u>**

   **B.      Date Complaint Was Served on U.S. Attorney's Office:      <u>05/25/05</u>.**

   **C.      Date Answer Was Filed: <u>07/22/05.</u>**

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

<u>Plaintiff: upon preliminary review, it appears to be adequate.</u>
<u>Defendant: the record is adequate.</u>

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

<u>Plaintiff's attorney did not represent her at the Administrative hearing and thus needs to review the extensive record before having a firm position as to whether additional evidence might be available or helpful.</u>
<u>Defendant does not plan to submit additional evidence.</u>

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

<u>Plaintiff's attorney did not represent her at the Administrative hearing. However, from brief review of the record, this case does not appear to raise anything out of the ordinary.</u>
<u>Defendant does not believe this case raises unusual claims or defenses.</u>

**7.      OTHER MATTERS**

<u>N/A at this time.</u>

**8.      PROPOSED BRIEFING SCHEDULE**

**A.  Plaintiff's Opening Brief Due: <u>October 31, 2005.</u>**
(Plaintiff's attorney is scheduled to be out of the state part of September, out of the country part of October, and is unable to prepare the Opening Brief earlier because, also as a bankruptcy attorney, expects to be swamped with folks needing to file for bankruptcy relief before 10-17-05, when major changes to the Bankruptcy Code go into effect).

**B.  Defendant's Response Brief Due: <u>December 1, 2005.</u>**

**C.  Plaintiff's Reply Brief (if any) Due: <u>December 16, 2005.</u>**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

A.   **Plaintiff's Statement:**

Plaintiff's attorney did not represent her at the Administrative hearing and thus is unable to make a determination as to whether oral argument will be helpful. This matter will be addressed in Plaintiff's Opening Brief.

B.   **Defendant's Statement:**

Oral argument is not requested.

10.   **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.   **( X )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.   **( )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11.   **OTHER MATTERS**

None at this time.

12.   **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

Dated this 11th day of August, 2005.

BY THE COURT:

**s/John L. Kane**
U. S. District Court Judge

APPROVED:

**s/Bruce C. Bernstein  8/10/05**
Bruce C. Bernstein
Attorney for Plaintiff
1828 Clarkson Street, Suite 100
Denver, CO 80218

**s/Debra J. Meachum  8/10/05**
Debra J. Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 10001A
Denver, CO 80294

**s/Kurt J. Bohn 8/10/05**
KURT J. BOHN
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

Attorneys for Defendant