IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00900-RPM

PATRICIA A. STITH,

        Plaintiff,

v.

JO ANNE BARNHART,

        Defendant.

_____

ORDER AFFIRMING DECISION
_____

For the reasons stated at the conclusion of the hearing today it is

ORDERED that the decision of the Commissioner of Social Security is affirmed.

DATED: February 16, 2006

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge